UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DENNIS J. JONES, JR.,

    Plaintiff,

v.     3:12-cv-437

DERRICK SCHOFIELD, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

    s/ Thomas W. Phillips
    United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT